FREDERICK HOFFMAN et al., Appellants, v. CHARLES FELT, Respondent.

### No. 1317; October 23, 1867.

**Ejectment.**—It is not **Error to Nonsuit a Plaintiff** in ejectment upon the opening statement of his counsel, where, according to such statement, the plaintiff has neither title nor prior possession.

APPEAL from Fourteenth Judicial District, Placer County.

Action of ejectment.

Jo Hamilton for appellants; C. A. Tuttle for respondent.

SANDERSON, J.—It was not error to nonsuit the plaintiffs upon the opening statement of their counsel. The plaintiffs cannot recover in ejectment without title, or prior possession, which is evidence of title. According to the statement of counsel the plaintiffs have neither. What other remedy they may have is not involved in this case.

Judgment affirmed.

We concur: Shafter, J.; Rhodes, J.; Currey, C. J.